# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.　　　　　　　　　4:12CR00041-1 JLH

ROBERT JERROD CASTLEMAN

## ORDER

On June 13, 2013, the Court revoked Defendant's pretrial conditions of release and detained him. (Docket entry #215). On August 28, 2013, defense counsel faxed the Court a letter, which is attached hereto as Court's Exhibit A.

Counsel states that Defendant is detained in the Jefferson County Detention Center. He requests permission to attend mental health counseling for anxiety and depression at a clinic in Pine Bluff.

Pursuant to the Court's June 13, 2013 Order, Defendant was remanded to the custody of the United States Marshal pending trial. The Court is not aware of any procedure by which the Marshal would release a federal detainee from a detention facility in order to attend counseling.[1]

---

[1] In his letter, defense counsel states that "[t]here are two other federal inmates being held in Jefferson County who are attending counseling sessions." A Pretrial Services Officer was unable to confirm that there are federal detainees that the Marshal is permitting to leave the jail for counseling, and was unaware of any precedent for such an arrangement.

Finally, Defendant has a history of violating conditions of release and of not performing well on supervised release. He simply is not a candidate for release from detention for any purpose other than attending scheduled court appearances.

Defendant's request to attend mental health counseling is DENIED.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE



STANLEY + WOODARD
LAW FIRM

August 28, 2013

Honorable J. Thomas Ray
Richard Sheppard Arnold US Courthouse
500 W Capitol Avenue, Rm D144
Little Rock, AR 72201
*VIA FACSIMILE (501) 604-5237*

Re:   USA v. Robert Jerrod Castleman, et al.
      USDC, Eastern District, Case No.: 4:12CR00041 (JLH)

Dear Judge Ray:

As you are aware, Mr. Castleman is being held in Pine Bluff as a result of his pretrial release being revoked. He has written me because he has asked numerous times of the facility to be allowed to attend mental health counseling regarding his anxiety and depression issues, of which I believe the Court is aware. There are two other federal inmates being held in Jefferson County who are attending counseling sessions. The facility is called Southeast Arkansas Behavioral Healthcare, 2500 Rike Drive, Pine Bluff, AR 71603; (870) 534-1834. I am contacting the Court directly because I am not sure to whom I need to send my request and am asking for guidance.

Thank you for your assistance in this matter.

Sincerely,

STANLEY & WOODARD

Bill Stanley

BS/tf
cc:   Ms. Anne Gardner (501) 340-2728

Respect. Results. Relief.

326 S. Church Street
Jonesboro, AR 72401
P 870.932.2000
F 870.972.9999
stanleywoodard.com

