# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:12CR00041-01 JLH

ROBERT JERROD CASTLEMAN     DEFENDANT

## ORDER

Pending before the Court is the defendant Robert Jerrod Castleman's motion for continuance of sentencing hearing currently set for Wednesday, March 26, 2014. The motion is GRANTED. Document #316.

The sentencing hearing for defendant Robert Jerrod Castleman is hereby rescheduled for **THURSDAY, APRIL 3, 2014, at 2:00 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 14th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE