# UNITED STATES DISTRICT COURT
Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 16 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ROBERT JERROD CASTLEMAN | Case No. 4:12CR00041-01 JLH |
| | USM No. 23043-009 |
| | Chris Tarver |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, and 5   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Special (15) | Failure to abide by rules and regulations of City of Faith | 05/14/2016 |
| 2 - Special (16) | Failure to participate in substance abuse treatment as directed | 07/12/2017 |
| 3 - Mandatory | Unlawful possession of controlled substance | 06/26/2017 |
| 4 - Standard (7) | Unlawful use of controlled substance | 06/26/2017 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4128

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
North Little Rock, Arkansas

10/16/2017
Date of Imposition of Judgment

_____
Signature of Judge

J. Leon Holmes     U.S. District Judge
Name and Title of Judge

10/16/2017
Date

DEFENDANT: ROBERT JERROD CASTLEMAN
CASE NUMBER: 4:12CR00041-01 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Mandatory | Violation of state, federal, or local law | 10/08/2017 |

DEFENDANT: ROBERT JERROD CASTLEMAN
CASE NUMBER: 4:12CR00041-01 JLH

DEFENDANT: ROBERT JERROD CASTLEMAN
CASE NUMBER: 4:12CR00041-01 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

SIX (6) MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☑ before 2 p.m. on   11/20/2017   .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL